**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00394-CV

### B & S WELDING, LLC, WORK RELATED INJURY PLAN, Appellant

### V.

### JUAN PEDRO OLIVA-BARRON, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12619**

## ORDER

Before the Court are appellant's motion to abate the appeal and direct the trial court to file findings of fact and conclusions of law and appellees' response. Appellant timely filed both a request for findings of fact and conclusions of law and a notice of past due findings of fact and conclusions of law. The Honorable Ken Molberg, Judge of the 95th Judicial District Court of Dallas County, Texas, failed to file findings of fact and conclusions of law. In his motion, appellant explains that he needs the findings of fact and conclusions of law to adequately address the issues in his appellate brief.

We **GRANT** appellant's motion. We **ORDER** Judge Molberg to file his findings of fact and conclusions of law.

We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, containing the trial court's findings of fact and conclusions of law.

We **ABATE** this appeal. The appeal will be reinstated thirty days from the date of this order or when the Court receives the requested supplemental clerk's record, whichever occurs sooner. We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Molberg, Gary Fitzsimmons, and all counsel of record.

/s/     CAROLYN WRIGHT  
         CHIEF JUSTICE